*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

<table>
<tr><td>Daniela Arita-Bueso</td><td>Case No.  3:26-cv-990</td></tr>
<tr><td>Plaintiff</td><td></td></tr>
<tr><td>VS.</td><td>Judge  Summerhays</td></tr>
<tr><td>Wardent Richwood Correctional Center, et al</td><td>Magistrate Judge  Whitehurst</td></tr>
<tr><td>Defendant</td><td></td></tr>
</table>

**ORDER**

IT IS ORDERED that <u>Bonnie Smerdon</u> be and is hereby admitted to the bar of this Court

pro hac vice on behalf of <u>Daniela Arita-Bueso</u> in the above described action.

SO ORDERED on this, the  <u>30th</u>  day of <u>March</u> 20<u>26</u>.

_____
U.S. Magistrate Judge