**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**DANIELA ARITA-BUESO**                    **CIVIL ACTION NO. 3:26-cv-00990**

**VERSUS**                                 **DISTRICT JUDGE SUMMERHAYS**

**WARDEN, ET AL.**                         **MAGISTRATE JUDGE WHITEHURST**

**ORDER**

Considering the Unopposed Motion to Continue Response Deadline filed by the Federal Respondents having been considered:

IT IS ORDERED that the motion is GRANTED and Federal Respondents are permitted to file a response by May 22, 2026.

THUS, DONE AND SIGNED in Monroe, Louisiana, this 12th day of May, 2026

_____
UNITED STATES MAGISTRATE JUDGE
CAROL B. WHITEHURST