**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**DANIELA ARITA-BUESO**                    **CASE NO.  3:26-CV-00990 SEC P**

**VERSUS**                                             **JUDGE ROBERT R. SUMMERHAYS**

**WARDEN RICHWOOD**                      **MAGISTRATE JUDGE WHITEHURST**
**CORRECTIONAL CENTER, ET AL.**

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, and no

objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Daniela Arita-Bueso's

Petition is **DISMISSED WITHOUT PREJUDICE** as moot.

THUS DONE in Chambers on this 6th day of July, 2026.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE